■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LLOYD WILLIS, Appellant.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. Appellant's time to perfect the appeal is enlarged to the March Term, beginning February 26, 1962; appeal ordered on the calendar for said term. Motion for assignment of counsel granted. Anthony M. Quartararo, Esq., 35 Market St., Poughkeepsie, N. Y., is assigned as counsel to prosecute the appeal. Ughetta, Acting P. J., Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACOB WISSENFELD, Appellant.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. The appellant's time to perfect the appeal is enlarged to the March Term, beginning February 26, 1962; appeal ordered on the calendar for said term. Motion for assignment of counsel denied. The appeal is from an order denying, without a hearing, appellant's *coram nobis* application. Appellant, therefore, either has in his possession a copy of the original papers to be used in the consideration of this appeal, or has full knowledge of the contents of such papers. Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MORDICAI YOFFE, Appellant.— Upon the court's own motion, the dismissal of the appeal on the calendar call of November 6, 1961, is vacated; and the appeal is ordered on the calendar for the February Term, commencing January 29, 1962. The appeal will be heard on the original papers (including typed minutes) and on appellant's typewritten brief, such brief to include a copy of the opinion, if any, rendered by the court below. Appellant is directed to file the record and six copies of his typewritten brief, and to serve one copy of his brief on the District Attorney, on or before January 2, 1962. Ughetta, Acting P. J., Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN W. HOLLAND, Appellant, v. EDWARD J. O'HARA, as Warden of the County Jail, County of Nassau, Respondent.— Motion by appellant for reconsideration of his motion for leave to appeal as a poor person. Motion denied. Ughetta, Acting, P. J., Christ, Pette and Brennan, JJ., concur.